Timothy D. Ducar, Esq.
Lorona, Steiner, Ducar & Horowitz, Ltd.
3003 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012-2909
Tel:  (602) 277-3000
Fax:  (602) 277-7478
Email:  tducar@azlawyers.com

David H. Dicker, Esq. (SBN 180182)
DICKER & DICKER, LLP
21550 Oxnard Street, Suite 550
Woodland Hills, California 91367
Tel:  (818) 704-1000
Fax:  (818) 704-8000
Email:  dhd@dickerlaw.com

Attorney for Plaintiff, Lieberman & Associates dba Design Development

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LIEBERMAN & ASSOCIATES dba DESIGN DEVELOPMENT, ) | Case No: |
| ) | |
| Plaintiff, ) | COMPLAINT |
| ) | |
| v. ) | 1.    Breach of Contract |
| ) | 2.    Unjust Enrichment |
| GVSW SURPRISE PLAZA, LLC, an ) Arizona limited liability company; ) GVSW SURPRISE PLAZA 15, LLC, ) an Arizona limited liability company; ) GLIMCHER CO., a business entity ) form unknown; and DOES 1-30, ) inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

1

_____
FIRST AMENDED COMPLAINT

## COMPLAINT

Lieberman & Associates dba Design Development ("Design"), alleges as follows:

### THE PARTIES

1.     Design is a California corporation specializing in commercial interior design in the hospitality industry throughout the United States.

2.     Upon information and belief, GVSW SURPRISE PLAZA, LLC ("GVSW SURPRISE") is an Arizona limited liability company with its place of business in Scottsdale, Arizona.

3.     Upon information and belief, GVSW SURPRISE PLAZA 15, LLC ("GVSW 15") is an Arizona limited liability company with its place of business in Scottsdale, Arizona.

4.     Upon information and belief, GLIMCHER CO. ("GLIMCHER") is a business entity, form unknown, with its place of business in Scottsdale, Arizona.

5.     DESIGN is informed, believes and based thereon alleges that GVSW SURPRISE, GVSW 15, and GLIMCHER were the agents, employees, joint venturers, or partners of each other, and in doing the things herein alleged, were acting in the course and scope of such agency and with the permission and consent of each of them.

### JURISDICTION & VENUE

6.     Jurisdiction exists by virtue of diversity of citizenship between the parties and because the amount in controversy in this action exceeds Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs.

7.      Venue is proper pursuant to 28 U.S.C. '1391(a)(1) because GVSW SURPRISE, GVSW 15, and GLIMCHER have a principal place of business and headquarters in Maricopa County, Arizona and pursuant to 28 U.S.C. '1391(a)(2) because a substantial part of the events or omissions on which the claim is based occurred in Maricopa County, Arizona, which is within this judicial district.

## FACTUAL ALLEGATIONS

8.      On information and belief, GVSW SURPRISE, GVSW 15, and GLIMCHER (collectively referred to as "GVSW") are the owners and developers of a shopping center known as "The Shoppes at Surprise Point" located in Surprise, Arizona.

9.      On information and belief, one of the tenants for this project was intended to be Victory Lanes, LLC which would operate a bowling alley and sports entertainment center (the "Project") at the premises as a tenant of GVSW.

10.      On information and belief, one of the terms of the lease agreement between GVSW and Victory Lanes was that GVSW would provide some of the money to construct the Project.

11.      On information and belief, it was further agreed between GVSW and Victory Lanes that DESIGN would perform certain design work for the Project to be paid for by GVSW.

12.      On or about January 22, 2008, DESIGN and GVSW entered into a written contract for DESIGN to perform certain services, including, but not limited to, the physical and conceptual designs, layout, drawings, color schemes, and general oversight as needed for the Project.

3

13. A true and correct copy of the written contract is attached hereto as Exhibit "A" and incorporated herein.

14. During the next approximate 3 months, DESIGN performed all of its obligations under the contract.

15. At the specific instance and request of GVSW, DESIGN retained the services of electrical, mechanical, and structural engineers as well as an architect to perform services for the Project. The invoice for each of these services remains unpaid.

16. On or about April 15, 2008, GVSW notified DESIGN in writing of its intentions to terminate the contract effective April 11, 2008.

17. At the time of termination of the contract, the balance due and owing to DESIGN from GVSW totaled $123,677.39.

**FIRST CAUSE OF ACTION**
BREACH OF CONTRACT
(Against All Defendants)

18. DESIGN hereby incorporates paragraphs 1 through 17 herein as though fully set forth herein.

19. On or about January 22, 2008, DESIGN and GVSW entered into a written contract for DESIGN to perform certain services, including, but not limited to, the physical and conceptual designs, layout, drawings, color schemes, and general oversight as needed for the Project. (See Exhibit "A").

20. DESIGN performed all obligations under the terms of the contract up until the time of termination in April, 2008.

21. The contract was terminated on or about April 11, 2008 by GVSW.

22.    The total value of the services provided by DESIGN under the contract are in the amount of $183,939.89.  GVSW has paid the sum of $60,262.50 leaving a balance due and owing in the amount of $123,677.39.

23.    Demand has been made upon GVSW to pay the balance due and owing and they have failed and continue to fail to pay the amount owed.

24.    DESIGN is entitled to prejudgment interest on the money owed.

25.    Pursuant to the terms of the written contract, DESIGN is entitled to recover all attorneys fees expended in pursuit of collection of the money owed under the contract.

## SECOND CAUSE OF ACTION
### UNJUST ENRICHMENT
(Against All Defendants)

26.    DESIGN hereby incorporates paragraphs 1 through 25 herein as though fully set forth herein.

27.    DESIGN conferred upon GVSW a benefit in the form of designs, drawings, color schemes and the like for the construction of the Project.

28.    On information and belief, DESIGN alleges that even after termination of the contract, GVSW utilized the work provided by DESIGN in the construction of the Project.

29.    In the event GVSW is not required to pay for the services provided under the terms of the contract, it would be unjustly enriched because it received the services provided by DESIGN.

30.    DESIGN is entitled to prejudgment interest on the money owed.

31.    DESIGN is entitled to recover all costs and attorneys fees incurred in bringing this action.

5

**WHEREFORE**, DESIGN prays that this Court will take jurisdiction of this cause and, upon final hearing, enter an order providing the following relief in favor of DESIGN and against GVSW as follows:

a.    Judgment in the principal amount of $123,677.39 against GVSW, and each entity defined herein;

b.    Interest on the judgment amount from May 20, 2008 until entry of judgment;

c.    Reasonable attorneys fees and expenses incurred; and

d.    Such other relief as may be necessary to fairly adjudicate this dispute and justly determine the rights, duties and liabilities of the parties.

Dated: <u>April 6, 2009</u>                          Lorona, Steiner, Ducar &
                                                                  Horowitz, Ltd.


                                                                  By: <u>/s/ Timothy D. Ducar</u>
                                                                          Timothy D. Ducar, Esq.

                                                                          Attorney for Plaintiff
                                                                          LIEBERMAN & ASSOCIATES
                                                                          dba DESIGN DEVELOPMENT

                                                                          Lorona, Steiner, Ducar, Coughlin
                                                                          & Horowitz, Ltd.
                                                                          3003 N. Central Avenue, #1800
                                                                          Phoenix, Arizona 85012-2909
                                                                          Tel:   (602) 277-3000
                                                                          Fax:   (602) 277-7478
                                                                          Email:  tducar@azlawyers.com

DICKER & DICKER, LLP


By: /s/ David H. Dicker
      David H. Dicker,

Attorney for Plaintiff
LIEBERMAN & ASSOCIATES
dba DESIGN DEVELOPMENT

DICKER & DICKER, LLP
21550 Oxnard Street, Suite 550
Woodland Hills, California 91367
Tel:   (818) 704-1000
Fax:   (818) 704-8000
Email:  dhd@dickerlaw.com

EXHIBIT "A"

*This is copy of K attached to the CP.*

January 22, 2008

Jeff Lewin
Glimcher Co.
7025 N. Scottsdale Rd. #303
Scottsdale, AZ 85253

Subject:    New Family Entertainment Center – Design Proposal, Revised #3
            Victory Lanes: Owner Tom Petit
            Surprise Pointe, AZ

Dear Jeff,

I have enclosed herewith my proposal to prepare the development and design drawings and specifications for the family entertainment center, Victory Lanes, approximately 55,000 sq. ft.

The list below provides the services I feel necessary to develop the plans and specifications for the new building. I appreciate the opportunity you have extended to me to provide my services for this project.

To provide the design for this project my services shall consist of the following phases:

## Phase 1 - Conceptual Phase (Previously completed)
A. Preliminary study, evaluation, space analysis, layout and floor plan.
B. Preliminary kitchen layout and space planning.
C. Prepare preliminary suggestions of the design concept.
D. Review with the Owner to establish plan and design criteria.
E. Preliminary exterior elevation.
F. Preliminary budget
G. Obtain approval preliminary study and layout.

## Phase 2 - Preliminary Design Phase
Proceed after review of Phase 1. To include:

A. Preliminary floor plan and layout incorporating the Phase 1 studies.
B. Preliminary design concept.
C. Conceptual study of the interiors, and exterior indication of materials.
D. Preliminary reflected ceiling and lighting studies.
E. Preliminary submission of color and finish selections.
F. Incorporate food service preliminary kitchen layout.
G. Coordination of the above preliminary plans and concept with the Owner, architect and general contractor, by means of review of progress drawings.

amily Entertainment Center, Victory Lanes - Design Development Company
n Proposal , Revised #3
ary 22, 2008
2

## Phase 3 - Completion of Design and Drawing Phase
Proceed after review of Phase 2. To include:

A. Complete floor plan and layout.
B. Finalize reflected ceiling plan and decorative lighting concepts as necessary.
C. Complete plans, details and development plans as necessary for the prototype building.
   - Floor plan
   - Construction plan
   - Seating layout
   - Exterior building elevations
   - Related details
   - Interior building elevations
   - Related details
   - Millwork details
   - Floor covering plan
   - Finish schedules
   - Kitchen plans
   - Building sections and details
   - Bathroom elevations details and specifications
D. Selection of materials and specifications.
E. Presentation of color scheme. Adaptation reflecting colors and materials previously established and approved.
F. Provide fixture details as necessary.
G. Coordination of all the above items with the Owner, architect and general contractor by means of review of progress drawings.

## Phase 4 - Final Selections and Specifications Phase
Proceed after review of Phase 3. To include:

A. Final selections and specifications thereof for the materials for the restaurant.
B. All final selections of furniture, upholstery, floor coverings, furnishings, wallcovering, finishes and color scheme as necessary.
C. Complete specifications of all fixtures and furniture, relative to the interior design aspect of the public areas as previously described in form and manner to be used for bidding purposes and final ordering. (A separate proposal agreement shall be submitted by Design Development Co. for the Owner's approval.)
D. Submittal of final presentation of fixtures, furniture and equipment.
E. Presentation of itemized budget cost breakdown for furnishings.
F. Coordination of all the above with the Owner, architect and general contractor.

amily Entertainment Center, Victory Lanes - Design Development Company
n Proposal , Revised #3
ary 22, 2008
» 3

## Phase 5 - Coordination and Finalization
To include:

A. Coordination with the architect and engineers as required during design phase.
B. Coordination and review of drawing and details with the fixture company as required during design phase.
C. Coordination and review of shop drawing and details with the fixture company, as required.

The following items are hereby included as part of this proposal.

A. Concept design direction.
B. Interior and exterior image and design.
C. Plans, specifications, and details.
D. Coordination with other consultants.
E. Kitchen and food service plans.

The following items are **not** included as part of this proposal. **(See Additional Services, page 7)** These items are incorporated by other consultants.

A. Architectural, structural, plumbing, mechanical, acoustical, sound, audio, video, HVAC, and electrical, engineering, and civil engineering.
B. Administration of construction.
C. Site plans and site adaptation, off site work.

Note: All exterior and interior renderings will be at an additional cost and at $1,000 per rendering invoiced and is an addition to the design fee.

The interior design drawings are for review and information only and shall be incorporated by the architect into architectural development and working drawings.

All liability for design, architectural and/or structural systems, electrical, mechanical, HVAC engineering, etc., and obtaining permits for same, shall be the responsibility of others.

All work provided prior to this agreement proposal by other consultants and/or contractors shall be the responsibility of others.

My firm, Design Development Co., it's employees, nor I are licensed as engineers, architects or contractors, nor do we provide services or insurance for such work. We do provide services on behalf of the Owner, for design, coordination and supervision of the implementation of the design work.

Owner does agree to indemnify and save Lieberman & Associates, Inc. d/b/a Design Development harmless against all claims for damages to persons or to property and claims for loss, defective design, damage and of personal or real property growing out of the execution of the work, and at his own expense to defend any suit or action brought against Lieberman & Associates, Inc. d/b/a Design Development founded upon the claim of such damage or loss; and Lieberman & Associates, Inc. d/b/a Design Development shall not, under any circumstances, be liable or accountable to the Owner for such loss.

amily Entertainment Center, Victory Lanes - Design Development Company
n Proposal , Revised #3
ary 22, 2008
ə 4

It is understood that there are no oral agreements between the parties hereto affecting this Agreement, and this Agreement supersedes and cancels any and all previous negotiations, arrangements, brochures, agreements and understandings, if any, between the parties hereto or displayed by Design Development to Owner with respect to the subject matter thereof, and none thereof shall be used to interpret or construe this Agreement. All of the agreements heretofore and contemporaneously made by the parties are contained in this Agreement, and this Agreement cannot be modified in any respect except by a writing executed by Design Development Company and Owner.

The parties herein waive all incidental and consequential damages against each other as a result of any cause.

Lieberman & Associates, Inc. d/b/a Design Development makes no warranties or representations either express or implied of any kind as to the materials, designs equipment, etc. Any and all warranties shall be provided by the manufacturer and / or installer of the furnishings, fixtures and equipment.

The captions by which the sections of this Agreement are identified are for convenience only and shall not affect the interpretation of this Agreement. Wherever the context so requires, the singular number shall include the plural, the plural shall refer to the singular, the neuter gender shall include the masculine and feminine genders. If there is more than one signatory hereto as Owner, the liability of such signatories shall be joint and several. If any provision of this Agreement shall be held to be invalid by a court, the remaining provisions shall remain in effect and shall in to way be impaired thereby. This Agreement and all of its provisions shall be construed as being mutually drafted and no interpretations shall be made in favor or against any party hereto.

The plans and specifications are for decorative design purposes only and must be submitted for review and/or actual construction and structural detailing by the Owner's architect and engineers.

Design Development Co., Lieberman and Associates, Inc. and its employees will not be responsible or liable for actual costs, over-runs or extra costs relative to the original budgets and estimate submitted and the actual costs of the implementation of the project.

Your company and its affiliates shall indemnify, hold harmless and defend Design Development Co., Lieberman & Associates, It's employees, agents, and officers for all liability for errors, omissions, damages, personal liability, injury, product liability, building damage, negligence, etc.

The plans and specifications provided herein, shall include all reasonable information as necessary to implement such plans and specifications.

amily Entertainment Center, Victory Lanes  - Design Development Company
n Proposal , Revised #3
ary 22, 2009
a 5

The following items are hereby excluded from this proposal, without limitation thereby; and shall be furnished, supplied and handled by others and/or under separate contract agreement.

A. All architectural, structural, HVAC, plumbing, mechanical, electrical, consultants, engineers, construction and liability thereof.
B. Financing, purchasing, and/or any expense or liability for same.
C. Labor costs of actual installation, storage or handling of fixtures, furniture and equipment.
D. Renderings at Owner's request.
E. Fees, deposits, permits, etc.
F. Jobsite supervision.
G. Site assessments for hazardous waste, environmental review, inspections, contamination and related tests are not included herein and are the responsibility of others.
H. Soils testing or reports therefore to be supplied and to be the responsibility of others.
I. Asbestos inspections and tests to be supplied and be the responsibility of others.
J. Site survey or topographical study.
K. Grading plans.
L. Landscaping plans.
M. AQMD emissions requirements or revisions thereof.
N. Conditional use permit requirements.
O. Fire sprinkler, life safety systems plans or engineering for same.
P. Historical reviews and approvals.
Q. Any other requirements to site development plans to adapt the prototype building as may be required by local codes and agencies.
R. Construction administration.


## FEE & EXPENSES:

For the work entailed in the above described five (5) phases, you will pay to Design Development Co. the sums as indicated below plus all reimbursable expenses:

## Building and Interior Development Plans and Specifications

1. Drawing Services - Shell Building Only:                                    $   140,000.00

   - Development plans and specifications, details
   - Exterior details
   - Coordination with other consultants


2. Design Services – T-1 Interior Development of Existing Shell Building   $  120,000.00
   - Furnishings
   - Plan layout
   - Conceptual design
   - Conceptual interior design
   - Design plans and specifications
   - Design coordination, selections of furnishings
   - Interior development drawings and details to build out space

amily Entertainment Center, Victory Lanes - Design Development Co    ...
1 Proposal , Revised #3
ry 22, 2008
16

Said sum of $260,000.00 would be paid as follows:

A. $ 33,000.00  Upon agreement, acceptance and approval of this proposal.

B. $ 33,000.00  Upon completion of Phase 1.

C. $ 40,000.00  Upon completion of Phase 2.

D. $ 40,000.00  Upon one half (1/2) completion of Phase 3.

E. $ 40,000.00  Upon completion of Phase 3.

F. $ 36,000.00  Upon one half (1/2) completion of Phase 4.

G. $ 36,000.00  Upon completion of Phase 4.

H. $ 2,000.00  Upon completion of Phase 5.

$    8,500.00

### 3.  Kitchen Design
- Kitchen design

To be paid as follows:

A. Upon acceptance of proposal, one half total fees shall be due.
B. Upon completion of kitchen design, the balance of fees shall be due.

### 4-A.  Coordination and Consulting Fees for Other Consultants and Engineers on Owner's Behalf — Shell Building Only

$   20,000.00
(allowance)

- Architectural certification (review)
- Structural
- Plumbing (including sprinkler fire — basic information only for shell building approval)
- Electrical
- Mechanical

Note:  If approved by owner, additional services may be required for other consultants and engineers. Any additional services requested by governing agencies, landlord, Owner, etc. will be submitted for review and written approval for the additional costs.

To be paid as follows:

A. At acceptance of consultants proposal on half (1/2) of total consultants fees shall be due.
B. Upon completion of consultants plans and specifications the balance shall be due.

01/23/2006  14:00  604246000...

amily Entertainment Center, Victory Lanes - Design Development Company
Proposal , Revised #3
ry 22, 2006
7

4-B. Coordination and Consulting Fees for Other Consultants and Engineers  $ 75,000.00
on Owner's Behalf. Interior Development T.1                                (allowance)

- Architectural certification (review)
- Mechanical
- HVAC
- Structural
- Plumbing — INCLUDING FIRE, SPRINKLER FOR FINAL BUILDING APPROVAL
- Electrical

If cost comes in higher than this estimate, the cost will be reviewed with
Owner.

Note: If approved by Owner, additional services may be required for other
consultants and engineers.  Any additional services requested by
governing agencies, landlord, Owner, etc. will be submitted for review
and written approval for the additional costs.

To be paid as follows:

A. At acceptance of consultants proposal on half (1/2) of total consultants
   fees shall be due.
B. Upon completion of consultants plans and specifications the balance shall
   be due.                                                                   Not
                                                                            Included

5.  Construction Coordination

- Assist Owner to submit plans for agency reviews.
- Assist Owner to prepare bidding for general construction.
- Monitor schedule and progress on behalf of Owner.
- Assist Owner to review request for payment for construction.
- Answer all RFI's and review shop drawings as required.

                                                                            Not
                                                                            Included
6.  Off-site Work (Not included herewith)
        - Street
        - Off site utilities engineering
        - Off site fire lines
        - The assumption is that all off site utilities will be brought to new building
          pad.

                                                                            Included
7.  City and Local Agency Submittals
    These services shall be provided.

amily Entertainment Center, Victory Lanes - Design Development Company
Proposal , Revised #3
Jy 22, 2008
B

## TERMS

All invoices are due immediately upon submittal of invoice. All of your required acceptance and approvals shall not unreasonably be withheld. Payment of all but the last sum shall be deemed a request to commence to the next phase.

This proposal is valid for (60) sixty days from date issued. All billings are due and payable upon invoice date.

The plans provided herewith are for decorative design purposes only and must be submitted for review and/or actual construction and structural detailing by an architect/engineer.

If it becomes necessary for either party to file suit to enforce this agreement, both parties agree to pay such reasonable attorneys fees incurred by the prevailing party or as may be fixed by the court, and subject only to the extent of Design Developments insurance policy.

Additional Services - Coordination of Other Consultants:
On behalf of the Owner, we will help obtain and coordinate the other services and/or consultants. These services are subject to additional costs relative to the extent of the work involved. We will submit the billing for such work including a 10% coordination and handling fee. The services relate only to the prototype building set of drawings.

A. Architectural certification
B. Structural engineering services as required.
C. Mechanical, plumbing, engineering services as required.
D. Electrical engineering as required.
E. Energy calculations as required.
F. All consultants' reimbursable expenses.

We will obtain the proposal for these other services on the Owner's behalf, prior to the consultants proceeding with these services. The actual costs for the engineering and other consultants will be established as soon as the scope of work has been defined.

The Owner shall be responsible for these consultants' fees which shall be payable as follows:

1. At acceptance of consultants proposal one half (1/2) of total consultants fees shall be due.
2. Upon completion of consultants' plans and specs, and all corrections completed for city, the balance shall be due.

All the other consultants shall be responsible and shall be liable for their own disciplines. The consultants are required to provide errors, omissions or liability insurance, rates to be determined. The Owner/developer shall review such consultants available insurance. If Owner requires supplementary insurance, Owner/developer shall pay for same in addition to the fees as indicated.

The Owner shall be responsible for all liability insurance and Workers Compensation insurance during the process of the work.

The Owner shall designate a representative authorized to act on the Owner's behalf with respect to the project. The Owner or such authorized representative shall render decisions in a timely manner pertaining to documents submitted in order to avoid unreasonable delay in the orderly and sequential process.

The Owner shall reimburse Design Development Co. for all reimbursable costs including airfare and out of town travel. Airfare and out of town travel are to be approved by Owner in advance.

Other Additional Services:

We offer additional services at an additional fee, not included in this proposal. We will prepare and submit the proposals for such work as the scope of work has been identified. These services shall be at cost, plus a fee, tax, crating, freight and installation. Some of these additional services are included below.

A. Establish design criteria, location and purchasing of accessories, artifacts, framed wall decor, plants, etc.
B. Purchasing of the furnishings and equipment as per the specifications submitted by Design Development Co.
C. Provide food service equipment.

Purchasing Services:

Design Development Company shall have the right herein to participate in the purchasing of all furnishings, furniture, millwork fixtures, booths, seating, tables, bases, decorative lighting and ceiling fans, etc. at cost plus a profit, and all food service equipment at cost plus a profit. If the Owner desires to obtain other quotes for the F.F.E., based on the same specs, Design Development Company shall have the last right of refusal to purchase such equipment and furnishings. If Design Development does not elect to purchase said F.F.E., the Owner may provide.

Additional Reimbursable Expenses (not included in fee):

You shall be responsible for all expenses relating to this job. Such expenses shall include without limitation thereby the following.

A.    Blueprinting, bidding documents, sepia, Mylar, Xerox reproduction and photography cost.
B.    Travel, hotel expenses and per diem expenses for any required out of town trips.
C.    Long distance phone calls, faxes, etc.
D.    Postage, special delivery, etc.
E.    CAD plotting services.
F.    Fees, deposits, permits, etc.

New Family Entertainment Center, Victory Lanes - Design Development Company
Design Proposal , Revised #3
January 22, 2008
Page 10

All such costs and expenses plus an additional 10% handling fee shall be paid by you upon receipt of monthly billing for same and with all reasonable backup therefore, and without any relationship to the payments to be made per the fee schedule contained herein.

Phase 1 shall be reviewed with you and/or other designated employees of the company for approval. If for any reason the original submission of Phase 1 and Phase 2 is not approved, Design Development Co. shall revise and incorporate reasonable changes as requested and resubmit a final preliminary conceptual phase for your approval.

If for any reason, you request a change or revision to any phase of the work after the second submission of Phase 1 and Phase 2, or after completion and approval of any phase of the work, Design Development Co. will submit an invoice for you to pay Design Development Co. upon receipt for additional time required to complete the additional work, which will be over and above the original fee submitted.

Termination: This contract may be terminated by either party with 7 days notification. Consulting and reimbursable fees shall be paid for work completed until day of termination.

**Additional Fee Schedule**

| | | |
|---|---|---|
| Principal | $ 95.00 | per hour |
| Designer | $ 85.00 | per hour |
| Draftsperson | $ 75.00 | per hour |
| Clerical | $ 55.00 | per hour |

Thank you very much for the opportunity to submit my proposal. If this proposal meets with your approval, please sign and return the enclosed copy of this letter with a check in the amount specified.

Sincerely Yours,

DESIGN DEVELOPMENT CO.

David Lieberman
Vice President

Accepted:

Jeff Lewin

By: _____

Dated: _____